DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:16-cv-00741-APG-NJK<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Kim Gilbert Ebron, hereby provide notice that Trella N. McLean, Esq., is no longer associated with the firm of Kim, Gilbert, Ebron. SFR hereby requests Ms. McLean be removed from the CM/ECF service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.
Dated: August 29, 2016

_____
NANCY J. Koppe
United States Magistrate Judge

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

1  Kim Gilbert Ebron will continue to represent SFR Investments Pool 1, LLC and request
2  that Jacqueline A. Gilbert, Karen L. Hanks, Diana Cline Ebron and Howard C. Kim receive all
3  future notices.

DATED August 26, 2016.

**KIM GILBERT EBRON**

*/s/ Jacqueline A Gilbert*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **NOTICE OF DISASSOCIATION** to the following parties:

Edgar C. Smith
Aaron D. Lancaster
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
Fax: 702-946-1345
Email: esmith@wrightlegal.net
Email: alancaster@wrightlegal.net

*Counsel for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,*

*/s/ Trella N. Perkins-McLean*
An employee of KIM GILBERT EBRON

- 2 -