WRIGHT, FINLAY & ZAK, LLP
Robert A. Reither, Esq.
Nevada Bar No. 1206
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>            Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; GLENEAGLES HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I through X,<br><br>            Defendants | Case No.:   2:16-cv-00741-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("U.S. Bank"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant Gleneagles Homeowners Association ("HOA") (collectively, the "Parties" and individually, a "Party") by and through their respective attorneys of record, and hereby stipulate and agree as follows:

1. On August 27, 2020, SFR filed its Motion for Summary Judgment;

2. On August 27, 2020, U.S. Bank filed its Motion for Summary Judgment;

3. On September 17, 2020, U.S. Bank filed a Response to SFR's Motion for Summary Judgment;

4. On September 17, 2020, SFR filed it's Response to U.S. Bank's Motion for Summary Judgment;

5. U.S. Bank's counsel is requesting an additional eight (8) days to file its reply in support of its Motion for Summary Judgment, and thus requests up to October 9, 2020, to file its Reply;

6. SFR's counsel is requesting an additional one (1) day to file its reply in support of its Motion for Summary Judgment, and thus requests up to October 2, 2020 to file its Reply.

7. These extensions are requested due to U.S. Bank's counsel drafting multiple Ninth Circuit Court of Appeal's briefs in different matters.

8. Excusable neglect exists for failing to file by yesterday because counsel for the parties were not in the office to finalize the stipulation prior to the due date of October 1, 2020.

9. Neither party opposes the respective extensions.

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of October, 2020. | DATED this 2nd day of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Aaron D. Lancaster*<br>Aaron D Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust* | */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |
| DATED this 2nd day of October, 2020.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>*/s/ Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>*Attorneys for Defendant, Gleneagles Homeowners Association* | |

**IT IS SO ORDERED.**

DATED __October 2__, 2020

_____
UNITED STATES DISTRICT JUDGE