**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., | Case No.: 2:16-cv-00741-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants | |

Plaintiff U.S. Bank, N.A.'s claims against defendants Gleneagles Homeowners Association and Nevada Association Services, Inc. remain pending. The proposed joint pretrial order is now overdue.

I THEREFORE ORDER the parties shall file a proposed joint pretrial order by December 3, 2020. Failure to comply will result in dismissal of these claims with prejudice.

DATED this 19th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE